```
                                                    FILED         RECEIVED
                                                    ENTERED       SERVED ON
                                                         COUNSEL/PARTIES OF RECORD

                                                         NOV 24 2020

                                                     CLERK US DISTRICT COURT
                                                        DISTRICT OF NEVADA
                                                  BY:                    DEPUTY
```

1  NICHOLAS A. TRUTANICH
   United States Attorney
2  Nevada Bar Number 13644
   JARED L. GRIMMER
3  Assistant United States Attorney
   501 Las Vegas Boulevard South, Suite 1100
4  Las Vegas, Nevada 89101
   Telephone: 702-388-6378
5  jared.l.grimmer@usdoj.gov

6  *Attorneys for Plaintiff*
   *The United States of America*

7
                    UNITED STATES DISTRICT COURT
8                        DISTRICT OF NEVADA

9  | UNITED STATES OF AMERICA, | Case No. 2:20-mj-01001-DJA |
10 |             Plaintiff,    | **Stipulation for an Order** |
   |                           | **Directing Probation to Prepare** |
11 |        v.                 | **a Criminal History Report** |
12 | ARMANDO MARIONI-CAMUNEZ,  |                              |
   |   aka "Armando Villa-Aguilar," |                        |
13 |   aka "Luis Rodriguez-Marioni," |                       |
   |   aka "Armondo Villa Torres," |                         |
14 |   aka "Armondo Camunez."  |                              |
   |   aka "Abel David Flores," |                             |
15 |   aka "Luis Fermando Hernandez-Romero," |               |
16 |   aka "Armando Marione," |                               |
   |   aka "Armondo Marione," |                               |
17 |   aka "Armando Marione-Camunez," |                      |
   |   aka "Armando Rodriguez Salazar," |                    |
18 |   aka "Armando Arma Rodriguez-Salazar," |               |
19 |             Defendant.    |                              |

20

21     IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A.

22  Trutanich, United States Attorney, and Jared L. Grimmer, Assistant United States

23  Attorney, counsel for the United States of America, and Sylvia A. Irvin, Assistant Federal

24

1  Public Defender, counsel for Defendant ARMANDO MARIONI-CAMUNEZ, that the
2  Court direct the U.S. Probation Office to prepare a report detailing the defendant's criminal
3  history.
4      This stipulation is entered into for the following reasons:
5      1.    The United States Attorney's Office has developed an early disposition
6  program for immigration cases, authorized by the Attorney General pursuant to the
7  PROTECT ACT of 2003, Pub. L. 108-21. Pursuant to this program, the government has
8  extended to the defendant a plea offer in which the parties would agree to jointly request an
9  expedited sentencing immediately after the defendant enters a guilty plea.
10     2.    The U.S. Probation Office cannot begin obtaining the defendant's criminal
11 history until after the defendant enters his guilty plea unless the Court enters an order
12 directing the U.S. Probation Office to do so. Such an order is often entered in the minutes of
13 a defendant's initial appearance when charged by indictment.
14     3.    The U.S. Probation Office informs the government that it would like to begin
15 obtaining the criminal history of defendants eligible for the early disposition program as
16 soon as possible after their initial appearance so that the Probation Office can complete the
17 Presentence Investigation Report by the time of the expected expedited sentencing.
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /

4. Accordingly, the parties request that the Court enter an order directing the U.S. Probation Office to prepare a report detailing the defendant's criminal history.

DATED this 24th day of November, 2020.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Sylvia A. Irvin

Assistant Federal Public Defender
Counsel for Defendant ARMANDO
MARIONI-CAMUNEZ

/s/ Jared L. Grimmer

JARED L. GRIMMER
Assistant United States Attorney

3

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-mj-01001-DJA |
| Plaintiff, | **Order Directing Probation to Prepare a Criminal History Report** |
| v. | **[Proposed]** |
| ARMANDO MARIONI-CAMUNEZ,<br>  aka "Armando Villa-Aguilar,"<br>  aka "Luis Rodriguez-Marioni,"<br>  aka "Armondo Villa Torres,"<br>  aka "Armondo Camunez."<br>  aka "Abel David Flores,"<br>  aka "Luis Fermando Hernandez-Romero,"<br>  aka "Armando Marione,"<br>  aka "Armondo Marione,"<br>  aka "Armando Marione-Camunez,"<br>  aka "Armando Rodriguez Salazar,"<br>  aka "Armando Arma Rodriguez-Salazar,"<br><br>Defendant. | |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

DATED this 24 day of November, 2020.

_____
UNITED STATES MAGISTRATE JUDGE