# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ARMANDO MARIONI-CAMUNEZ,<br>    aka "Armando Villa-Aguilar,"<br>    aka "Luis Rodriguez-Marioni,"<br>    aka "Armondo Villa Torres,"<br>    aka "Armondo Camunez."<br>    aka "Abel David Flores,"<br>    aka "Luis Fermando Hernandez-Romero,"<br>    aka "Armando Marione,"<br>    aka "Armondo Marione,"<br>    aka "Armando Marione-Camunez,"<br>    aka "Armando Rodriguez Salazar,"<br>    aka "Armando Arma Rodriguez-Salazar,"<br><br>    Defendant. | Case No. 2:21-cr-00006-KJD-EJY<br><br>**Order Unsealing Case** |

Upon consideration and review of the Government's motion:

IT IS HEREBY ORDERED that the above-captioned matter, *United States of America v. Armando Marioni-Camunez,* is unsealed.

DATED this __8th__ day of February, 2021.

By the Court:

_____
Honorable Kent J. Dawson
United States District Judge

3